FILINVEST.COM, INC.
c/o Wilson Martinez
2501 Colorado Blvd. Unit F
Los Angeles, CA 90041

FILED
2016 JUL -5 PM 2: 24

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
AT LOS ANGELES

FILINVEST.COM, INC,

Plaintiff,

v.

FILINVEST LAND, INC.,

Defendant.

LA CV16 04900-PA-GJSx

COMPLAINT FOR DECLARATORY RELIEF UNDER THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT

Plaintiff Filinvest.com, Inc. ("Plaintiff"), by and through its officer, brings this action against Filinvest Land, Inc. ("Defendant"), and alleges as follows:

**PRELIMINARY STATEMENT**

1.   This is an action for declaratory relief to establish that Plaintiff's registration of the domain name filinvest.com (the "Domain Name") is lawful under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) (ACPA), and to prevent the transfer of the Domain Name to Defendant, which was ordered in a decision by an administrative panel pursuant to the Uniform Domain Name Dispute Resolution Policy (UDRP) in the proceeding Filinvest Land, Inc. v. Filinvest.com, Inc. , D2016-0668 (April 13, 2016).

COMPLAINT (No.  ) – 1



## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338 because Plaintiff seeks a declaration, pursuant to 28 U.S.C. § 2201, that its registration and use of the Domain Name does not violate Defendant's rights under the ACPA, and other provisions of the Lanham Act, 15 U.S.C. § 1051 *et seq*.

3. This Court has personal jurisdiction over Defendant because Defendant agreed to submit to the jurisdiction of this Court when it initiated an administrative proceeding with the World Intellectual Property Organization (WIPO) concerning the Domain Name.

4. Venue is proper under 28 U.S.C. § 1391(b)(2) because the Plaintiff, Filinvest.com, Inc. is located in Los Angeles, California which is in this judicial district.

## PARTIES

5. Plaintiff Filinvest.com, Inc. is a corporation organized and existing under the laws of the State of California with its principal place of business located at 2501 Colorado Blvd. Unit F, Los Angeles, California USA.

6. Upon information and belief, Defendant Filinvest Land, Inc. is a corporation organized and existing under the laws of the Republic of the Philippines with its principal place of business located at 79 EDSA, Highway Hills. Mandaluyong 1550 Metro Manila Philippines.

## FACTS

7. Plaintiff is a corporation that was established in 2013. It is currently operating a restaurant and catering business and holds a Public Health Permit issued by the Public Health Department of the County of Los Angeles. It also holds a Sellers Permit from the California Board of Equalization and a Business Permit from the City of Los Angeles. All licenses and permits are issued under it s corporate and its domain name Filinvest.com, Inc.

8. Plaintiff have adopted the domain name as its corporate name and have used it, in its website and email and all its permits and licenses to operate its business.

COMPLAINT (No. ) – 2

9. Plaintiff is using and is known by it's domain name by every financial and lending institutions it has a relationship with. It holds multiple bank and credit card accounts including its merchant account for the processing of credit card transactions. Plaintiff files its federal, state and local city tax returns by it's domain name which is it's corporate name.

10. Plaintiff was also issued a Los Angeles city business registration for the sale of real property from 1/1/2014 to 12/31/2015. It created a website that listed and promoted the sale of real properties owned by its CEO at that time. The website was created prior to the Plaintiff's incorporation and has been commonly known by its name when it incorporated on July of 2013.

11. The domain name was first registered on December 1999 and was acquired by Plaintiff through a domain name sale transaction on July 2013.

12. The term "filinvest" is a coined term for the words "First In Line investing". It is Plaintiff's common experience that best deals are available in the opening stages of property or business development. Investing at this point when buyer's incentives are offered before the property or business development is released to the market is a concept which the Plaintiff describes as first in line investing.

13. In addition, the Domain Name was perceived to be a good acquisition because the Domain Name is a dot com, short and easy to remember.

14. Plaintiff had no knowledge of any claimed, exclusive rights in the combination of the terms "fil" and "invest" at the time the Domain Name was acquired.

15. In the three years that Plaintiff has owned the Domain Name, the Domain Name has never been used to sell competitive third-party goods or services or display pay-per-click advertising that directs consumers to competitive third-party goods or services.

COMPLAINT (No. ) – 3

16. Plaintiff as an organization (corporation) has been or is commonly known by the domain name in issue and has therefore rights and legitimate interest in the domain name.

17. Plaintiff's use of the Domain Name as corporate name, including its permits and licenses to operate it's businesses including the use of the domain name in its website and email constitutes a bona fide offering of goods and services.

18. Plaintiff has never intended to divert customers from a website owned by Defendant, and Plaintiff's use of the Domain Name has not caused nor is it likely to cause confusion as to the source, sponsorship, affiliation or endorsement of the site.

19. Plaintiff has never approached Defendant or any of its competitors regarding a potential sale of the Domain Name.

20. Plaintiff provided accurate contact information when applying for registration of the Domain Name, and has maintained accurate contact information.

21. As part of Plaintiff's registration agreement with domain name registrar eNom, Inc., Plaintiff agreed to be bound by the UDRP, which requires Plaintiff to submit to and participate in a mandatory administrative arbitration proceeding in the event that a third party, such as Defendant, submits a complaint to a dispute resolution service provider concerning a domain name that Plaintiff has registered.

22. On April 13, 2016, Defendant submitted a complaint pursuant to the UDRP with the WIPO, an approved dispute resolution service provider under the UDRP, seeking transfer of the Domain Name to Defendant.

COMPLAINT (No. ) – 4

23. Defendant alleged in its complaint, *inter alia*, that it owns enforceable rights in the trademark FILINVEST, that Plaintiff has no rights or legitimate interests in the Domain Name, and that Plaintiff registered and is using the Domain Name in bad faith.

24. On June 10, 2016, an administrative panel established by WIPO directed the transfer of the Domain Name from Plaintiff to Defendant.

25. Rule 4(k) of the UDRP provides Plaintiff an opportunity to stay the transfer of the Domain Name by commencing a lawsuit within ten (10) business days of a WIPO decision.

## FIRST CAUSE OF ACTION
### Declaratory Relief Pursuant to 28 U.S.C. § 2201
### Defendant Is Not Violating the ACPA

26. Plaintiff incorporates the allegations set forth in Paragraphs 1-25 as though fully set forth herein.

27. There is an actual controversy with respect to whether Defendant is entitled to transfer of the Domain Name based on Defendant's rights under the ACPA.

28. At the time Plaintiff acquired the Domain Name, Defendant's mark FILINVEST was neither "distinctive" nor "famous" as provided for under 15 U.S.C. § 1125(d)(1)(A)(ii).

29. Plaintiff's use of the domain name predates the Defendant's registration of the mark at the USPTO.

30. In acquiring the Domain Name, Plaintiff lacked any "bad faith intent," as provided in 15 U.S.C. § 1125(d)(1)(A)(i), to profit from Defendant's mark FILINVEST.

31. Plaintiff is not using the Domain Name to advertise, promote or sell competing goods or services to those covered by the FILINVEST registration.

32. Plaintiff had reasonable grounds to believe that its registration and use of the Domain Name was a fair use or otherwise lawful, as provided in 15 U.S.C. § 1125(d)(1)(B)(ii).

33. Plaintiff's registration and use of the Domain Name does not violate Defendant's rights under the ACPA.

COMPLAINT (No. ) – 5

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that judgment be entered:

A. Declaring that Plaintiff has the right to register and use the Domain Name;

B. Declaring that Plaintiff did not register the Domain Name in bad faith;

C. Declaring that Plaintiff is not cybersquatting within the meaning of 15 U.S.C. § 1125(d).

D. Prohibiting Defendant and the registrar eNom, Inc. from taking any further action with respect to the transfer of the Domain Name;

E. Awarding Plaintiff the costs of suit, including reasonable attorneys' fees; and

F. Awarding such other further relief as the Court deems just and equitable.

DATED: July 5, 2016            **FILINVEST.COM, INC.**

By: Wilson Martinez (Pro Se)

Wilson Martinez
info@filinvest.com
2501 Colorado Blvd. Unit F
Los Angeles, CA 90041
Telephone: 323-362-2263
Facsimile: (800) 541-1600

Pro Se; Filinvest.com, Inc.

COMPLAINT (No. ) – 6

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☑)

Filinvest.com, Inc.

**DEFENDANTS** (Check box if you are representing yourself ☐)

Filinvest Land, Inc.

**(b)** County of Residence of First Listed Plaintiff: Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Filinvest.com Inc c/o Wilson Martinez
2501 Colorado Blvd Unit F, Los Angeles CA 90041
(323) 362-2263

Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Cruz Marcelo + Tenefrancia  Tel. (632)810-5858
9th, 10th, 11th + 12th Floors, One Orion
11th Ave corner University Parkway
Bonifacio Global City 1634 Taguig Manila Philippines

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Anti cybersquatting Consumer Protection Act (ACPA) 15 U.S.C 1125 and UDRP mutual jurisdiction under paragraph 4(K) and Rule 18(a) cause of action: prevent transfer of domain name

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: LA CV16 04900-PA-GJSx

CV-71 (07/16)   CIVIL COVER SHEET   Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**III. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | *Western District* |

**QUESTION F: Northern Counties?**

Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties?   ☐ Yes  ☒ No

CV-71 (07/16)           CIVIL COVER SHEET           Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

(a). **IDENTICAL CASES:** Has this action been previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

IX(b). **RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 7/5/16

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

CV-71 (07/16)   CIVIL COVER SHEET   Page 3 of 3